IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | CR. NO. M-22-721 |
| **v.** | * | |
| | * | |
| **MIGUEL ANGEL GARZA** | * | |

### NOTICE OF INTENT TO ENTER A PLEA OF GUILTY

    Notice is hereby given to the Court and Counsel for the United States of the defendant's intention to enter a plea guilty.

_____
Counsel for Defendant

### CERTIFCATE OF SERVICE

    I certify that I notified counsel for the United States, Robert Guerra, of the defendant's intention to enter a plea of guilty. I certify that a true copy of this notice was served on counsel for the United States.

*/s/Rolando Cantu*