# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                                           Case Number: 7:22−cr−00721

Miguel A Garza

## Notice of Resetting

**A proceeding has been reset in this case as to Miguel A Garza as set forth below.**

**BEFORE:**
**Judge Marina Garcia Marmolejo**

**LOCATION:**
9th Floor
Bentsen Tower
1701 W. Bus. Hwy. 83
McAllen, TX 78501

**DATE:** 4/24/2023

**TIME:** 02:15 PM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

Date:   March 29, 2023                                                                 Nathan Ochsner, Clerk